IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KAREN GUTHRIE, individually, and on behalf Of the ESTATE OF DONALD GUTHRIE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:11-CV-00333 |
| GREGORY BALL, M.D., | ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S DEPOSITION DESIGNATION-PRETRIAL DISCLOSURES

Defendant Gregory Ball, M.D. ("Dr. Ball" or "Defendant") hereby submits the following Pretrial Disclosures in accordance with the Court's March 20, 2014, Amended Scheduling Order and Fed. R. Civ. P. 26(a)(3)(A)(ii)-(iii).

In accordance with Fed. R. Civ. P. 26(a)(3)(A)(ii), Defendant designates the following witnesses whose testimony may be presented by deposition testimony:

**Dr. James Metcalfe – November 22, 2013 Deposition**

| Page | Line |
|---|---|
| 5 | 23-25 |
| 6 | 1-25 |
| 7 | 1-6 |
| 7 | 10-24 |
| 8 | 1-13 |
| 17 | 16-20 |
| 18 | 13-25 |
| 19 | 1-9 |
| 21 | 25 |
| 22 | 1-6 |
| 28 | 19-25 |
| 29 | 1-17 |
| 29 | 22-25 |

| Page | Line |
|------|------|
| 30 | 1-2 |
| 38 | 18-19 |
| 39 | 19-23 |
| 45 | 22-25 |
| 46 | 1-13 |
| 48 | 10-17 |
| 49 | 7-11 |
| 50 | 10-13 |
| 52 | 15-17 |
| 55 | 14-17 |
| 55 | 23-25 |
| 56 | 1 |
| 57 | 18-25 |
| 58 | 1-4 |
| 61 | 2-25 |
| 62 | 1-14 |
| 66 | 8-14 |
| 67 | 10-18 |
| 75 | 12-25 |
| 76 | 1-25 |
| 82 | 15-25 |
| 83 | 1-17 |
| 84 | 2-9 |
| 86 | 2-9 |
| 86 | 23-25 |
| 87 | 1-4 |
| 90 | 15-22 |
| 95 | 20-25 |

**Dr. James Metcalfe – April 15, 2014 Deposition**

| Page | Line |
|------|------|
| 20 | 13-16 |
| 21 | 1-20 |
| 22 | 5-11 |
| 22 | 16-25 |
| 23 | 1-15 |
| 30 | 20-25 |
| 31 | 25 |
| 32 | 1-25 |
| 33 | 1-6 |
| 36 | 23-25 |
| 37 | 1-22 |
| 38 | 5-25 |
| 39 | 1-10 |

| | |
|---|---|
| 39 | 19-25 |
| 40 | 1-4 |
| 41 | 2-25 |
| 42 | 1-15 |
| 43 | 24-25 |
| 44 | 1-25 |
| 45 | 19-25 |
| 46 | 1 |
| 46 | 13-16 |
| 47 | 10-13 |
| 48 | 3-11 |
| 48 | 23-25 |
| 49 | 1-13 |
| 50 | 11-21 |
| 51 | 9-25 |
| 52 | 1-20 |
| 52 | 25 |
| 53 | 1-7 |
| 55 | 20-25 |
| 56 | 1-22 |
| 59 | 18-25 |
| 60 | 1-17 |
| 61 | 1-25 |
| 62 | 1 |
| 63 | 5-25 |
| 64 | 1 |
| 64 | 5-25 |
| 65 | 1-6 |
| 65 | 7-25 |
| 66 | 1-11 |
| 67 | 13-20 |
| 68 | 6-25 |
| 69 | 1-2 |
| 72 | 14-17 |
| 75 | 9-13 |
| 75 | 19-21 |
| 76 | 1-22 |
| 77 | 5-11 |
| 77 | 21-24 |
| 78 | 5-7 |
| 79 | 4-25 |
| 80 | 1-16 |
| 81 | 3-6 |
| 82 | 16-20 |
| 84 | 21-25 |
| 85 | 1-4 |

| | |
|---|---|
| 90 | 15-25 |
| 91 | 1-15 |
| 97 | 1-9 |
| 98 | 23-25 |
| 99 | 1-25 |
| 100 | 1-24 |
| 101 | 11-17 |

Defendant reserves the right to use all deposition designations identified by the Plaintiff, and counter-designate those deposition designations identified by Plaintiff. Defendant further reserves the right to use any deposition taken in this matter as permitted under the Federal Rules of Civil Procedure, including Rule 32, and the Federal Rules of Evidence.

Respectfully submitted,

/s/ Donna L. Boyce
F. LAURENS BROCK (TN Bar No. 17666)
TRICIA T. OLSON (TN Bar No. 24643)
DONNA L. BOYCE (TN Bar No. 17039)
Adams and Reese, LLP
424 Church St. S. 2700
Nashville, TN 37402
Telephone: (423) 475-6848
Fax: (423) 468-4466
larry.brock@arlaw.com
tricia.olson@arlaw.com
donna.boyce@arlaw.com

*Attorneys for Defendant Gregory Ball, M.D.*

4

## CERTIFICATE OF SERVICE

      I hereby certify that, on September 29, 2014, I electronically filed this ***Defendant's Deposition Designation-Pretrial Disclosures*** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail or via email. Parties may access this filing through the Court's electronic filing system.

                                        /s/ Donna L. Boyce
                                        DONNA L. BOYCE