UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KAREN GUTHRIE, *Individually and on behalf of the estate of* DONALD GUTHRIE, ) ) ) | |
| Plaintiff, ) | |
| ) | Case No. 1:11-cv-333-SKL |
| v. ) ) | |
| GREGORY BALL, M.D., ) ) | |
| Defendant. ) | |

## O R D E R

Before the Court is "Motion in Limine #4 to Exclude All References to Professional Liability Insurance" [Doc. 77] filed by Defendant Gregory Ball, M.D. ("Defendant") and the response/cross-motion filed by Plaintiff Karen Guthrie, individually and on behalf of the Estate of Donald Guthrie ("Plaintiff") seeking to preclude Defendant from referencing liability or health insurance [Doc. 101]. Defendant filed a response agreeing to the response/cross-motion [Doc. 170].

As neither party has indicated any allowable purpose for which health or liability insurance evidence or argument might be introduced, the Court **GRANTS** the relief requested in Defendant's motion [Doc. 77] and Plaintiff's response/cross-motion [Doc. 101].

SO ORDERED.

ENTER:

                                               s/ *Susan K. Lee*
                                               SUSAN K. LEE
                                               UNITED STATES MAGISTRATE JUDGE