UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KAREN GUTHRIE, *Individually and on behalf of the estate of* DONALD GUTHRIE, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY BALL, M.D., )<br>)<br>Defendant. ) | Case No. 1:11-cv-333-SKL |

# **O R D E R**

Before the Court is "Motion in Limine #20 to Exclude Any Reference to Any Prior Lawsuits Involving Defendants [sic]" filed by Defendant Gregory Ball, M.D. ("Defendant") [Doc. 134]. Defendant's motion seeks to exclude any reference to any prior lawsuits against Defendant or his staff that were not reduced to a judgment. Plaintiff Karen Guthrie, individually and on behalf of the Estate of Donald Guthrie ("Plaintiff"), filed a response essentially agreeing with the motion and requesting that it be applied to her experts so that Defendant is similarly precluded from questioning Plaintiff's experts about any prior malpractice suits that did not result in a judgment [Doc. 173]. No reply was filed.

As addressed at the Final Pretrial Conference held October 14, 2014, it appears the parties are in agreement on this motion so long as it also applies to all experts. Therefore, Defendant's "Motion in Limine #20 to Exclude Any Reference to Any Prior Lawsuits Involving Defendants [sic]" [Doc. 134] is **GRANTED** and, in addition, the parties are precluded from questioning

opposing experts about any prior malpractice suits that did not result in a judgment, by agreement of the parties.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE