AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

GUTHRIE

V.

BALL

## EXHIBIT AND WITNESS LIST

Case Number: 1:11-cv-333

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Susan Lee | Miller, Pate | Brock, Boyce, Olson |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/27/2014 | Coffee, Casey, Fouraker | Russell Eslinger |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 10/27/2014 | | | Gregory Ball, M.D. |
| J-23 | | | | Y | FDA letter |
| J-4 | | | | Y | Medical records of Dr. Ball for Donald Guthrie |
| J-12 | | | | Y | Duragesic Full Prescribing Information (2009) |
| J-9 | | | | Y | Medical records from David Rankin, M.D. |
| J-63 | J-63 | 10/28/2014 | | Y | Video deposition of James Metcalfe, M.D. (transcript ID only) |
| | J-1 | | | Y | Records from Whitfield County Coroner including autopsy report |
| | J-50 | | | Y | James Metcalfe, M.D. personnel file |
| J-2 | | | | Y | Death certificate |
| W | | | | | Christopher Grubb, M.D. (continued on 10/29/14) |
| J-24 | | | | Y | FDA Public Health Advisory 12/21/2007 |
| J-22 | | | | Y | FDA Public Health Advisory |
| | J-62 | | | Y | Exhibits attached to depostion transcript of Christopher Grubb, M.D. |
| | J-51 | | | Y | Medical records from John A. Dorizas, M.D. |
| | ID-1 | | | ID | Timeline (ID only) |
| | J-60 | | | Y | Pleadings from lawsuit filed in Circuit Court of Hamilton County, Tennessee |
| J-64 | J-64 | 10/29/2014 | | | Video deposition of Benjamin Johnson, M.D. (transcript ID only) |
| J-13 | | | | Y | Forensic report |
| W | | | | | Thomas Owens, M.D. (continued on 10/30/14) |
| J-21 | | | | ID | Article |
| J-25 | | | | ID | Article |
| J-27 | | | | ID | Article |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | GUTHRIE | vs. | | BALL | CASE NO. 1:11-cv-333 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| J-28 | | | | ID | Article | |
| J-29 | | | | ID | Article | |
| J-30 | | | | ID | Article | |
| P-75 | | | | ID | Article | |
| P-80 | | | | ID | Article | |
| | J-61 | 10/30/2014 | | Y | Invoices of Thomas Owens, M.D. | |
| | J-54 | | | Y | Medical records from Allen Sherwood, M.D. | |
| | J-11 | | | Y | Memorial Hospital records | |
| | J-6a | | | Y | Hamilton Medical Center records | |
| W | | | | | Karen Guthrie | |
| P-67 | | | | Y | Photograph | |
| P-64 | | | | Y | Photograph | |
| P-68 | | | | Y | Photograph | |
| P-65 | | | | Y | Photograph | |
| J-16 | | | | Y | Funeral billing records | |
| | W | | | | Thomas Hart, M.D. (continued on 10/31/14) | |
| | ID23 | | | ID | CV of Thomas Hart, M.D. | |
| | W | 10/31/2014 | | | Thomas Deering, M.D. | |
| | W | | | | Gregory Ball, M.D. (continued on 11/3/14) | |
| J-20 | | 11/13/2014 | | ID | Gregory Ball's responses to interrogatories | |

Page 2 of 2 Pages

To delete this page return to the top of the first page and click the "Delete LAST Page" button.

[New Page] [Print] [Save As...] [Export as FDF] [Retrieve FDF File] [Reset]