UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

**FILED**



NOV 0 4 2014

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | |
|---|---|
| KAREN GUTHRIE, *individually and on behalf of the Estate of Donald Guthrie*, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) No. 1:11-cv-333-SKL |
| | )<br>) |
| GREGORY BALL, M.D. | )<br>) |
| Defendant. | ) |

## JURY VERDICT FORM

We, the jury, unanimously answer the questions submitted by the Court as follows:

1. Was Defendant negligent by failing to comply with the recognized standard of acceptable professional practice for the medical profession and his specialty in this community or a similar community in the care and treatment of Donald Guthrie?
   (Plaintiff has the burden of proof.)

   **Answer "yes" or "no":** _no_

If your answer is "no," STOP here, sign the verdict form and return this form to the court officer. If your answer is "yes," proceed to Question 2.

2. Was Defendant's negligence a legal cause of injury which would not otherwise have occurred?
   (Plaintiff has the burden of proof.)

   **Answer "yes" or "no":** _____

If your answer is "no," STOP here, sign the verdict form and return this form to the court officer. If your answer is "yes," proceed to Question 3.

Page 1 of 2

3. What amount of damages, if any, do you find were sustained by Plaintiff? (Plaintiff has the burden of proof.)

    Medical Expenses: _____

    Funeral Expenses: _____

    Loss of Consortium: _____

    TOTAL DAMAGES: _____

[REDACTED]
Foreperson

11/4/14
Date