**Ancillary Legal Corporation**
74 Goldrush Circle Ne
Atlanta, GA 30328
Phone: (404) 459-8006
Fax: (404) 459-0916

# INVOICE

Liesa Nelson
Adams and Reese
424 Church Street
Suite 2800
Nashville, TN 37219

Reference Number: Ball

**Case Number: Eastern 1:11-CV-00333**

Plaintiff:
**Karen Gutherie, et al**

Defendant:
**Gregory Ball, M.D.**

Received: 2/17/2014    Served: 2/17/2014 2:39 pm  ALC - CORPORATE-  REG AGT CORP
To be served on: Walgreens Pharmacy c/o Corporation Service Company

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 65.00 | 65.00 |
| TOTAL CHARGED: | | | $65.00 |
| **BALANCE DUE:** | | | $65.00 |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i

# INVOICE

**JJK SECURITY & INVESTIGATIONS, INC.**
**85 WEST STREET**
**RINGGOLD, GEORGIA 30736**

Dalton: 706-226-5461   Ringgold: 706-937-8889
Fax 706-965-4137   Email: jjksec@aol.com

| DATE | INVOICE # |
|------|-----------|
| 5/21/2014 | 20992 |

SERVICE LOCATION

2234 Bowers Rd. N.E.
Dalton, GA. 30721

BILL TO

Adams & Reese LLP
424 Church St.
Suite 2700
Nashville, TN. 37219

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| | Due on receipt | 5/20/2014 |

| HOURS | DESCRIPTION | RATE | AMOUNT |
|-------|-------------|------|--------|
| | Process Service- 2234 Bowers Rd. N.E. Dalton, GA. 30721 (Dustin Edwards) | 65.00 | 65.00 |

Payment with Credit Card
Circle One:   Visa   Mastercard      Name on Card:_____

Billing Address:_____

Experation Date: ____/____   Card _____

| | |
|---|---|
| Total | $65.00 |
| Payments/Credits | $0.00 |
| Balance Due | $65.00 |

Customer agrees to pay all fees including but not limited to legal, billing interest and collection fees incurred by company in collection of payment.



**ESQUIRE**
Dallas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Invoice # ESQ36229**

| Invoice Date | 12/20/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/19/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | N/A |

LEE MADDUX ,ESQ.
ADAMS & REESE, LLP - CHATTANOOGA
SUITE 201, 820 BROAD STREET
CHATTANOOGA, TN 37402

*019542-46*

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/22/2013 | GUTHRIE, KAREN vs. BALL, M.D., GREGORY | 40927 | 12/17/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 11/22/2013, JAMES METCALFE (CHATTANOOGA, TN) | $ 363.00 |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 105.00 |
| SUMMARY | $ 35.00 |
| LITIGATION SUPPORT PACKAGE | $ 503.00 |
| | $ 25.14 |
| SHIPPING | $ 25.14 |

*SHIPPED TO: MADDUX, LEE ESQ.*
*SUITE 201, 820 BROAD STREET*
*CHATTANOOGA, TN 37402*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/03/2014** | **$ 528.14** |
| Amount Due After 02/03/2014 | $ 580.95 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 VISA

**ESQUIRE**

LEE MADDUX ,ESQ.
ADAMS & REESE, LLP - CHATTANOOGA
SUITE 201, 820 BROAD STREET
CHATTANOOGA, TN 37402

| Invoice #: | ESQ36229 |
|---|---|
| Payment Due: | 01/19/2014 |
| **Amount Due On/Before 02/03/2014** | **$ 528.14** |
| Amount Due After 02/03/2014 | $ 580.95 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

196 0000036229 12202013 9 000052814 3 01192014 02032014 4 000058095 17

# Fouraker Reporting Service, Inc.
520 Graham Street
Chattanooga, Tennessee 37405
(423) 265-8385 Phone   (423) 265-2469 Fax
Fouraker@comcast.net
Tax ID: 62-1874842

January 13, 2014

TRICIA T. OLSON, ESQUIRE
ADAMS & REESE
424 CHURCH STREET
SUITE 2800
NASHVILLE, TN 37219

| Invoice Number |
| --- |
| 3284 |

**Re:**   Karen Guthrie vs. Gregory Ball, M.D.
Deposition of Karen Guthrie (1/08/14)

| Description of Services | Pgs/Qty | Rate | Extension |
| --- | --- | --- | --- |
| O&1 (Video Depo) | 190.00 | 4.25 | 807.50 |
| Depo Appearance | 1.00 | 75.00 | 75.00 |
| | **Invoice total:** | | **$882.50** |

Payment due upon receipt.  Thank you for your business.



# Invoice

| Date | Invoice # |
| --- | --- |
| 2/10/2014 | 1242 |

7919 Short Tail Springs Rd.
Ooltewah, TN 37363
Phone: 423-238-9260
avcreators.com

| Bill To | Ship To |
| --- | --- |
| Adams and Reese LLP<br>820 Broad Street, Ste. 201<br>Chattanooga, TN 37402 | |

| P.O. No. | Terms | Project |
| --- | --- | --- |
| | | |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| 5.5 | Hours videotaping deposition of Karen Guthrie<br>Chattanooga, TN - January 8th, 2014<br>Karen Guthrie, individually & on the behalf of the estate of Donald Guthrie<br> v. Gregory Ball, M.D.<br>case # 1:11-CV-00333<br><br>In: 11:15 a.m.   Out: 4:45 p.m.<br><br>2 DVD video disks delivered 2/10/14<br><br>W-9 Form attached | 100.00 | 550.00 |

*Guthrie v Ball*
*019542-46*

| | |
| --- | --- |
| **Total** | $550.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $550.00 |

019572-46

**ESQUIRE**

Dallas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
SOLUTIONS

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ52489

| | |
|---|---|
| **Invoice Date** | 01/29/2014 |
| **Terms** | NET 30 |
| **Payment Due** | 02/28/2014 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

F. LAURENS BROCK ,ESQ.
ADAMS & REESE, LLP - CHATTANOOGA
SUITE 201, 820 BROAD STREET
CHATTANOOGA, TN 37402

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/09/2014 | GUTHRIE, KAREN vs. BALL, M.D., GREGORY | 57026 | 01/14/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 01/09/2014, GREGORY BALL (CHATTANOOGA, TN) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 933.28 |
| EXHIBITS | $ 236.50 |
| VIDEO | $ 300.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
| | $ 1,499.78 |
| | |
| SHIPPING | $ 33.84 |
| | $ 33.84 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 03/15/2014** | **$ 1,533.62** |
| Amount Due After 03/15/2014 | $ 1,686.98 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  AMEX  DISCOVER

**ESQUIRE**

| | |
|---|---|
| Invoice #: | ESQ52489 |
| Payment Due: | 02/28/2014 |
| **Amount Due On/Before 03/15/2014** | **$ 1,533.62** |
| Amount Due After 03/15/2014 | $ 1,686.98 |

F. LAURENS BROCK ,ESQ.
ADAMS & REESE, LLP - CHATTANOOGA
SUITE 201, 820 BROAD STREET
CHATTANOOGA, TN 37402

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

196 0000052489 01292014 8 000153362 7 02282014 03152014 4 000168698 93



**ESQUIRE**
Dallas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
SOLUTIONS

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ104943



| | |
|---|---|
| **Invoice Date** | 04/30/2014 |
| **Terms** | NET 30 |
| **Payment Due** | 05/30/2014 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |



DONNA BOYCE ,ESQ.
ADAMS & REESE, LLP - CHATTANOOGA
SUITE 201, 820 BROAD STREET
CHATTANOOGA, TN 37402

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/15/2014 | GUTHRIE, KAREN vs. BALL, M.D., GREGORY | 122916 | 04/30/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 04/15/2014, JAMES METCALFE (CHATTANOOGA, TN) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 357.00 |
| EXHIBITS | $ 2.50 |
| VIDEO | $ 300.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
| SUMMARY | $ 105.00 |
| | $ 794.50 |
| SHIPPING | $ 24.04 |
| | $ 24.04 |

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 06/14/2014** | | **$ 818.54** |
| Amount Due After 06/14/2014 | | $ 900.39 |

-------------------------------------------------------------------------------

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**
SOLUTIONS



| | |
|---|---|
| Invoice #: | ESQ104943 |
| Payment Due: | 05/30/2014 |
| **Amount Due On/Before 06/14/2014** | **$ 818.54** |
| Amount Due After 06/14/2014 | $ 900.39 |

DONNA BOYCE ,ESQ.
ADAMS & REESE, LLP - CHATTANOOGA
SUITE 201, 820 BROAD STREET
CHATTANOOGA, TN 37402

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

196 0000104943 04302014 9 000081854 7 05302014 06142014 8 000090039 63

019512-46



## ALPHA REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Monday, June 30, 2014 | 95945swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974     FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Tax Number      Terms: Payable upon receipt
62-1162456      1.5% per month

Donna Boyce
Adams & Reese LLP
6075 Poplar Avenue
Suite 700
Memphis, TN 38119

| | |
|---|---|
| **Witness:** | Owens, M.D., Thomas |
| **Case:** | Guthrie, Karen, et al vs. Gregory Ball, M.D. |
| **Venue:** | US District Court for the Eastern District of TN |
| **Case #:** | 1:11-CV-00333 |
| **Date:** | 5/14/2014 |
| **Start Time:** | 1:00 PM |
| **End Time:** | 6:52 PM |
| **Claim #:** | |
| **File #:** | 1943&cc |

| Description | Quan | Total |
|---|---|---|
| Attendance - Deposition | 1 | $85.00 |
| Attendance - Overtime | 2 | $110.00 |
| Original & 1 Transcript / Word Index Video | 301 | $1,354.50 |
| Condensed | 301 | $75.25 |
| CD - 1 File  (E-Tran, ASCII & Exhibits) | 1 | $25.00 |
| Exhibits Scanned & Linked | 191 | $47.75 |
| Binding/Handling | 1 | $15.00 |
| Complimentary Repository | 1 | $0.00 |

| | |
|---|---|
| Sub Total | $1,712.50 |
| Payments | $0.00 |
| Balance Due | $1,712.50 |

**Method of Payment:**

☐ Check Enclosed         ☐ Charge my credit card:
  Please make check payable to:      ☐ VISA   ☐ MasterCard

Alpha Reporting Corporation

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐   ☐☐ ☐☐
Credit Card #                              Exp. Date

Daytime Telephone

*Payment Due Upon Receipt of Invoice*

*OI4512-46*



### ALPHA REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Tuesday, June 10, 2014 | 95389swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974     FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Tax Number        Terms: Payable upon receipt
62-1162456        1.5% per month

Donna Boyce
Adams & Reese LLP
6075 Poplar Avenue
Suite 700
Memphis, TN 38119

| | |
|---|---|
| **Witness:** | Owens, M.D., Thomas |
| **Case:** | Guthrie, Karen, et al vs. Gregory Ball, M.D. |
| **Venue:** | US District Court for the Eastern District of TN |
| **Case #:** | 1:11-CV-00333 |
| **Date:** | 5/14/2014 |
| **Start Time:** | 1:00 PM |
| **End Time:** | 6:52 PM |
| **Reporter:** | orks, Alpha Productions |
| **Claim #:** | |
| **File #:** | 19438cc |

| Description | Quan. | Total |
|---|---|---|
| Video Appearance | 1 | $360.00 |
| Video Additional Hour/Hours | 3 | $255.00 |
| Mini DV | 3 | $60.00 |
| Video Sync On CD | 5 | $375.00 |
| Shipping/Handling | 1 | $10.00 |
| | Sub Total | $1,060.00 |
| | Payments | $0.00 |
| | Balance Due | $1,060.00 |

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:

Alpha Reporting Corporation

☐ Charge my credit card:
☐ VISA    ☐ MasterCard

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐    ☐☐ ☐☐

Credit Card #                                Exp. Date

Daytime Telephone

*Payment Due Upon Receipt of Invoice*

# Fouraker Reporting Service, Inc.

520 Graham Street
Chattanooga, Tennessee 37405
(423) 265-8385 Phone   (423) 265-2469 Fax
Fouraker@comcast.net
Tax ID: 62-1874842

*O19542-46*

June 17, 2014

TRICIA T. OLSON, ESQUIRE
ADAMS & REESE
424 CHURCH STREET
SUITE 2800
NASHVILLE, TN 37219

| Invoice Number |
| :---: |
| 3380 |

**Re:**  Guthrie vs. Ball
Deposition of Dustin Edwards (May 29, 2014)

| Description of Services | Pgs/Qty | Rate | Extension |
| --- | --- | --- | --- |
| O&1 | 102.00 | 3.85 | 392.70 |
| Depo Appearance | 1.00 | 75.00 | 75.00 |
| Postage | 5.32 | 1.00 | 5.32 |
| | | **Invoice total:** | **$473.02** |

Payment due upon receipt.  Thank you for your business.



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/2/2014 | 1314 |

7919 Short Tail Springs Rd.
Ooltewah, TN 37363
Phone:  423-238-9260
avdigital.tv

**Bill To**

Adams and Reese LLP
ATTN: Leisa J. Nelson, Paralegal
424 Church Street, Suite 2800
Nashville, Tennessee 37219

**Ship To**

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3 | Hours videotaping deposition of Dustin Edwards<br>Chattanooga, TN -  May 29, 2014<br>Karen Guthrie et al v. Gregory Ball M.D.<br>case # 12C1050<br><br>IN: 12:15   OUT: 3:15<br><br>1 DVD disk sent 10/2/14<br><br>W-9 sent previously | 100.00 | 300.00 |

| **Total** | $300.00 |
|-----------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $300.00 |

01952-46



| Invoice Date | Invoice # |
|---|---|
| Tuesday, June 24, 2014 | 95810swlh |

## ALPHA REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974    FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

F. Laurens Brock
Adams & Reese
820 Broad Street
Suite 201
Chattanooga, TN 37402

Tax Number    Terms: Payable upon receipt
62-1162456    1.5% per month

| | |
|---|---|
| **Witness:** | Grubb, M.D., Christopher |
| **Case:** | Guthrie, Karen, et al vs. Gregory Ball, M.D.  (01954Q·0000 46) |
| **Venue:** | US District Court for the Eastern District of TN |
| **Case #:** | 1:11-CV-00333 |
| **Date:** | 6/9/2014 |
| **Start Time:** | 12:00 PM |
| **End Time:** | 5:50 PM |
| **Claim #:** | |
| **File #:** | 19437cc |

| Description | Quan | Total |
|---|---|---|
| Attendance - Deposition | 1 | $85.00 |
| Attendance - Overtime | 1 | $55.00 |
| Original & 1 (Read & Sign) Video / Word Index | 281 | $1,292.60 |
| Condensed | 281 | $70.25 |
| Exhibits Scanned & Linked | 57 | $14.25 |
| Binding/Handling | | $15.00 |
| Complimentary Repository | 1 | $0.00 |

| | |
|---|---|
| Sub Total | $1,532.10 |
| Payments | $0.00 |
| Balance Due | $1,532.10 |

**Method of Payment:**

☐ Check Enclosed    ☐ Charge my credit card:
Please make check payable to:    ☐ VISA  ☐ MasterCard

Alpha Reporting Corporation

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐  ☐☐ ☐☐

Credit Card #    Exp. Date    Daytime Telephone

***Payment Due Upon Receipt of Invoice***

01912-46



# ALPHA REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Monday, July 07, 2014 | 96099swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974          FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Tax Number          Terms: Payable upon receipt
62-1162456          1.5% per month

F. Laurens Brock
Adams & Reese
820 Broad Street
Suite 201
Chattanooga, TN 37402

| | |
|---|---|
| **Witness:** | Grubb, M.D., Christopher |
| **Case:** | Guthrie, Karen, et al vs. Gregory Ball, M.D. |
| **Venue:** | US District Court for the Eastern District of TN |
| **Case #:** | 1:11-CV-00333 |
| **Date:** | 6/9/2014 |
| **Start Time:** | 12:00 PM |
| **End Time:** | 5:50 PM |
| **Claim #:** | |
| **File #:** | 19437cc |

| Description | Quan | Total |
|---|---|---|
| Video Appearance (3 Hour Minimum) | 1 | $350.00 |
| Video Additional Hour/Hours | 3 | $255.00 |
| Mini DV Tape | 5 | $100.00 |
| Video Sync Original (Includes Encoding) | 5 | $375.00 |
| Shipping/Handling | 1 | $10.00 |

| | |
|---|---|
| Sub Total | $1,090.00 |
| Payments | $0.00 |
| Balance Due | $1,090.00 |

**Method of Payment:**

☐ Check Enclosed          ☐ Charge my credit card:
Please make check payable to:          ☐ VISA   ☐ MasterCard

Alpha Reporting Corporation

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐ ☐☐

Credit Card #                    Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Telephone

*Payment Due Upon Receipt of Invoice*

 ESQUIRE

Dallas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Invoice # ESQ140682**

DONNA BOYCE ,ESQ.
ADAMS & REESE, LLP - NASHVILLE
FIFTH THIRD CENTER, SUITE 2700
424 CHURCH STREET
NASHVILLE, TN 37219

| Invoice Date | 07/07/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 08/06/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/18/2014 | GUTHRIE, KAREN vs. BALL, M.D., GREGORY | 156819 | 07/02/2014 | FED EX |

| Description |
|---|
| Copy Deposition for GLEN FARR, 06/18/2014 (KNOXVILLE, TN) |
|     EXHIBITS |
|     SUMMARY |



| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 08/21/2014** | **$ 941.69** |
| Amount Due After 08/21/2014 | $ 1,035.86 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**VISA** ![cards]

|  |  |
|---|---|
| Invoice #: | ESQ140682 |
| Payment Due: | 08/06/2014 |
| **Amount Due On/Before 08/21/2014** | **$ 941.69** |
| Amount Due After 08/21/2014 | $ 1,035.86 |

ESQUIRE

DONNA BOYCE ,ESQ.
ADAMS & REESE, LLP - NASHVILLE
FIFTH THIRD CENTER, SUITE 2700
424 CHURCH STREET
NASHVILLE, TN 37219

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

196 0000140682 07072014 3 000094169 4 08062014 08212014 9 000103586 33

019542-46

 ESQUIRE

Dallas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

 ESQUIRE
SOLUTIONS

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009



DONNA BOYCE ,ESQ.
ADAMS & REESE, LLP - NASHVILLE
FIFTH THIRD CENTER, SUITE 2700
424 CHURCH STREET
NASHVILLE, TN 37219



### *Invoice # ESQ138823*

| Invoice Date | 07/01/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 07/31/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | N/A |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/19/2014 | GUTHRIE, KAREN vs. BALL, M.D., GREGORY | 156825 | 07/01/2014 | FED EX |

**Description**

Copy Deposition for THOMAS DEERING, 06/19/2014 (NASHVILLE, TN)

    EXHIBITS

    VIDEO

    SUMMARY

*SHIPPED TO: BOYCE, DONNA ESQ.*
*FIFTH THIRD CENTER, SUITE 2700*
*424 CHURCH STREET*
*NASHVILLE, TN 37219*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 08/15/2014** | **$ 1,087.63** |
| Amount Due After 08/15/2014 | $ 1,196.39 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 

| | |
|---|---|
| Invoice #: | ESQ138823 |
| Payment Due: | 07/31/2014 |
| **Amount Due On/Before 08/15/2014** | **$ 1,087.63** |
| Amount Due After 08/15/2014 | $ 1,196.39 |

ESQUIRE
SOLUTIONS

DONNA BOYCE ,ESQ.
ADAMS & REESE, LLP - NASHVILLE
FIFTH THIRD CENTER, SUITE 2700
424 CHURCH STREET
NASHVILLE, TN 37219

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

196 0000138823 07012014 0 000108763 5 07312014 08152014 1 000119639 84

 **ESQUIRE**

Dallas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:**   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

LARRY BROCK ,ESQ.
ADAMS & REESE, LLP - NASHVILLE
FIFTH THIRD CENTER, SUITE 2700
424 CHURCH STREET
NASHVILLE, TN 37219

## Invoice # ESQ143873

| Invoice Date | 07/14/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 08/13/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/20/2014 | GUTHRIE, KAREN vs. BALL, M.D., GREGORY | 156844 | 07/07/2014 | FED EX |

**Description**

Copy Deposition for BENJAMIN JOHNSON, 06/20/2014 (NASHVILLE, TN)

    EXHIBITS

    VIDEO

    SUMMARY

*PLEASE NOTE:  THE ABOVE AMOUNT REFLECTS $375.00 FOR VIDEO SERVICES.*

| | | |
|---|---|---|
| Tax: | | $ 0.00 |
| Paid: | | $ 0.00 |
| **Amount Due On/Before 08/28/2014** | | **$ 1,297.20** |
| Amount Due After 08/28/2014 | | $ 1,426.92 |

------------------------------------------------------------

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

 **ESQUIRE**
SOLUTIONS

| | |
|---|---|
| Invoice #: | ESQ143873 |
| Payment Due: | 08/13/2014 |
| **Amount Due On/Before 08/28/2014** | **$ 1,297.20** |
| Amount Due After 08/28/2014 | $ 1,426.92 |

LARRY BROCK ,ESQ.
ADAMS & REESE, LLP - NASHVILLE
FIFTH THIRD CENTER, SUITE 2700
424 CHURCH STREET
NASHVILLE, TN 37219

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

196  0000143873  07142014  5  000129720  7  08132014  08282014  8  000142692  45

 ESQUIRE

Dallas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ170613



| | |
|---|---|
| Invoice Date | 09/02/2014 |
| Terms | NET 30 |
| Payment Due | 10/02/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DONNA BOYCE ,ESQ
ADAMS AND REESE, LLP - MEMPHIS
SUITE 700
6075 POPLAR STREET
MEMPHIS, TN 38119

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/18/2014 | GUTHRIE, KAREN vs. BALL, M.D., GREGORY | 190548 | 08/25/2014 | OTHER |

| Description |
|---|
| Copy Deposition for THOMAS HART, 08/18/2014 (LITTLE ROCK, AR) |
| EXHIBITS |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/17/2014** | **$ 923.00** |
| Amount Due After 10/17/2014 | $ 1,015.30 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 VISA ▭▭ DISCOVER ▭▭

| | |
|---|---|
| Invoice #: | ESQ170613 |
| Payment Due: | 10/02/2014 |
| **Amount Due On/Before 10/17/2014** | **$ 923.00** |
| Amount Due After 10/17/2014 | $ 1,015.30 |

DONNA BOYCE ,ESQ
ADAMS AND REESE, LLP - MEMPHIS
SUITE 700
6075 POPLAR STREET
MEMPHIS, TN 38119

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

196 0000170613 09022014 9 000092300 1 10022014 10172014 2 000101530 12

 09512-46

 ESQUIRE

Dallas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009



DONNA BOYCE ,ESQ
ADAMS AND REESE, LLP - MEMPHIS
SUITE 700
6075 POPLAR STREET
MEMPHIS, TN 38119

### Invoice # ESQ174713

| Invoice Date | 09/09/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 10/09/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | N/A |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/19/2014 | GUTHRIE, KAREN vs. BALL, M.D., GREGORY | 190563 | 09/08/2014 | FED EX |

| Description |
|---|
| Copy Deposition for CHRISTINE KASSER, 08/19/2014 (MEMPHIS, TN) |
|     EXHIBITS |
|     SUMMARY |

*SHIPPED TO: BOYCE, DONNA L. ESQ*
*SUITE 700*
*6075 POPLAR STREET*
*MEMPHIS, TN 38119*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/24/2014** | **$ 856.13** |
| Amount Due After 10/24/2014 | $ 941.74 |

-----------------------------------------------------------------

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

  VISA



**ESQUIRE**
SOLUTIONS

DONNA BOYCE ,ESQ
ADAMS AND REESE, LLP - MEMPHIS
SUITE 700
6075 POPLAR STREET
MEMPHIS, TN 38119

| | |
|---|---|
| Invoice #: | ESQ174713 |
| Payment Due: | 10/09/2014 |
| **Amount Due On/Before 10/24/2014** | **$ 856.13** |
| Amount Due After 10/24/2014 | $ 941.74 |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

196 0000174713 09092014 9 000085613 8 10092014 10242014 1 000094174 18

# ALPHA REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Wednesday, October 22, 2014 | 99309swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974  FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

| Tax Number | Terms: Payable upon receipt |
|---|---|
| 62-1162456 | 1.5% per month |

Donna Boyce
Adams & Reese LLP
6075 Poplar Avenue
Suite 700
Memphis, TN 38119

| | |
|---|---|
| **Witness:** | Johnson, Dr. Benjamin |
| **Case:** | Guthrie, Karen, et al vs. Gregory Ball, M.D. |
| **Venue:** | US District Court for the Eastern District of TN |
| **Case #:** | 1:11-CV-00333 |
| **Date:** | 10/17/2014 |
| **Start Time:** | 8:30 AM |
| **End Time:** | 11:58 AM |
| **Claim #:** | |
| **File #:** | 31206LN |

| Description | Each | Quan | Total |
|---|---|---|---|
| Video  (2 Hour Minimum/ plus setup/breakdown) | $295.00 | 1 | $295.00 |
| Video Additional Hour/Hours | $95.00 | 1 | $95.00 |
| Mini DV Tape | $10.00 | 2 | $20.00 |
| Encode Video DVD to MPEG4 | $35.00 | 2 | $70.00 |
| Video & Trans Sync. MPEG 4 | $40.00 | 3 | $120.00 |
| Shipping/Handling | $10.00 | 1 | $10.00 |

| | |
|---|---|
| **Sub Total** | $610.00 |
| **Payments** | $0.00 |
| **Balance Due** | $610.00 |

**Method of Payment:**

☐ Check Enclosed   ☐ Charge my credit card:

Please make check payable to:   ☐ VISA  ☐ MasterCard

Alpha Reporting Corporation

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐ ☐☐

Credit Card #         Exp. Date    Daytime Telephone

*Payment Due Upon Receipt of Invoice*

01952-46

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

INVOICE NO: 20140070

**MAKE CHECKS PAYABLE TO:**

F. Laurens Brock
Adams and Reese, LLP
424 Church Street
Suite 2800
Nashville, TN 37219

Phone: (615) 259-1470

larry.brock@arlaw.com

Elizabeth B. Coffey
United States Court Reporter
P. O. Box 1364
Chattanooga, TN 37401

Phone: (423) 267-7333
FAX (423) 752-5205

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | 10-20-2014 | 10-21-2014 |

**Case Style:** 1:11-CV-333, KAREN GUTHRIE v GREGORY BALL, M.D.
FINAL PRETRIAL CONFERENCE - 10/14/14 - 136 PAGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 136 | 4.85 | 659.60 | | | | | | | 659.60 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 659.60 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $659.60 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *s/ Elizabeth B. Coffey* | DATE 10-21-2014 |
|---|---|



# ALPHA REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Tuesday, September 23, 2014 | 98391swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974      FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Donna Boyce
Adams & Reese LLP
6075 Poplar Avenue
Suite 700
Memphis, TN 38119

Tax Number        Terms: Payable upon receipt
62-1162456        1.5% per month

| | |
|---|---|
| **Witness:** | Deering, M.D., Thomas |
| **Case:** | Guthrie, Karen, et al vs. Gregory Ball, M.D. |
| **Venue:** | US District Court for the Eastern District of TN |
| **Case #:** | 1:11-CV-00333 |
| **Date:** | 9/10/2014 |
| **Start Time:** | 11:00 AM |
| **End Time:** | : 0 |
| **Claim #:** | |
| **File #:** | 30493LN |

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.40 | 41 | $98.40 |
| Condensed | $20.00 | 1 | $20.00 |
| Binding/Handling | $15.00 | 1 | $15.00 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| | Sub Total | | $133.40 |
| | Payments | | $0.00 |
| | Balance Due | | $133.40 |

**Method of Payment:**

☐ Check Enclosed
**Please make check payable to:**

Alpha Reporting Corporation

☐ Charge my credit card:
☐ VISA   ☐ MasterCard

Signature (as it appears on your credit card)
_____

Print Name (as it appears on your credit card)
_____

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐ ☐☐
Credit Card #                        Exp. Date

Daytime Telephone
_____

*Payment Due Upon Receipt of Invoice*

019542- 46

# MICHAEL W. GOODMAN, M.D., P.C.
979 E. Third Street, Suite C-0630
Chattanooga, TN 37403
Tel: (423) 267-5677 • Fax: (423) 267-6179
Tax ID # 62-1553135

## INVOICE

☒ *Matthew E. Bagamery, M.D.*

☐ *Michael W. Goodman, M.D.*

Date: _1/28/13_                               DOB: _9/12/1961_

Patient Name: _____              Account #: _54775_

SSN: _____

| | | |
|---|---|---|
| ☒ | Copy of records to _Adams + Reese LLP_ | |
| | First 5 pages: $20.00 | $ 44.00 |
| | Additional pages: $00.50 each = $ 24.00 | |
| | Per TCA 63-2-102   48 pages @ | $_____ |
| ☐ | Insurance form completion  $35.00 | $_____ |
| ☐ | Narrative Report  $350.00 | $_____ |
| ☐ | State of _____  Disability Form & records | $_____ |
| ☐ | Employer Disability Form   ($10.00 per page) | $_____ |
| ☐ | Other _____ | |

| | |
|---|---|
| Sub Total | $ 44.00 |
| Postage | $ Faxed |
| Total | $ 44.00 |

_..be payable to: Michael W. Goodman, M.D., P.C._

019542-46



# CHATTANOOGA
# pain surgery
# CENTER

1016 Executive Drive    Hixson TN 37343    423-648-4525 office    423-648-4526 fax

## FAX COVER

**Date:** 1-29-13

**To:** Adams+Reese    Attn: Melanie Goins

**Recipient Fax Number:** 468-4466

**From: CPSC-VICKIE**

**Re:** Donald Guthrie

**Number of Pages (Including cover):** 13

**Comments: ATTACHED ARE MEDICAL RECORDS PER YOUR REQUEST ON THE ABOVE-MENTIONED PATIENT. THERE IS A $20.00 FEE FOR ALL RECORDS. THANK YOU,**

*The information contained in this message is highly sensitive and confidential and subject to the HIPAA privacy and security regulations. If you received this message in error, please immediately discard the information and notify the sender*

019542 - 46

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# ✚ HealthPort.
## INVOICE

**Invoice #:** 0122038019
**Date:** 2/2/2013
**Customer #:** 1607408

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MELANIE GOINS<br>ADAMS AND REESE LLP<br>820 BROAD STREET STE 201<br>CHATTANOOGA, TN 37402 | MELANIE GOINS<br>ADAMS AND REESE LLP<br>820 BROAD STREET STE 201<br>CHATTANOOGA, TN 37402 | ERLANGER EAST FAMILY MEDICINE<br>1751 GUNBARREL RD<br>STE 201<br>CHATTANOOGA, TN 37421 |

**Requested By:** ADAMS AND REESE
**Patient Name:** GUTHRIE DONALD

**DOB:** 091261
**SSN:** *****8109

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 35 | 0.50 | 17.50 |
| Per Page Copy (Paper) 2 | 5 | 0.00 | 0.00 |
| Shipping | | | 2.32 |
| Subtotal | | | 39.82 |
| Sales Tax | | | 3.68 |
| Invoice Total | | | 43.50 |
| Balance Due | | | 43.50 |

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days

**Please remit this amount : $ 43.50 (USD)**

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Invoice #:** 0122038019

Check # _____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

014542- 46


HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0125057646
Date: 3/30/2013
Customer #: 1607408

| Ship to: |
| --- |

MELANIE GOINS
ADAMS AND REESE LLP
820 BROAD STREET STE 201
CHATTANOOGA, TN 37402

| Bill to: |
| --- |

MELANIE GOINS
ADAMS AND REESE LLP
820 BROAD STREET STE 201
CHATTANOOGA, TN 37402

| Records from: |
| --- |

ERLANGER HEALTH PATIENT FINANC
975 EAST THIRD STREET
CHATTANOOGA, TN 37403

**Requested By:** ADAMS AND REESE LLP
**Patient Name:** GUTHRIE DONAL

SSN: *****8109
DOB: 091261

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee | | | 12.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 7 | 0.00 | 0.00 |
| Shipping | | | 1.32 |
| Subtotal | | | 13.32 |
| Sales Tax | | | 1.23 |
| Invoice Total | | | 14.55 |
| Balance Due | | | 14.55 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

**Please remit this amount : $ 14.55 (USD)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: 0125057646 |
| --- |
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

019542-46

## HealthPort
### INVOICE

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0122242002
Date: 2/7/2013
Customer #: 1607408

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MELANIE GOINS<br>ADAMS AND REESE LLP<br>820 BROAD STREET STE 201<br>CHATTANOOGA, TN 37402 | MELANIE GOINS<br>ADAMS AND REESE LLP<br>820 BROAD STREET STE 201<br>CHATTANOOGA, TN 37402 | ERLANGER HEALTH SYSTEM<br>975 EAST THIRD STREET<br>CHATTANOOGA, TN 37403 |

**Requested By:** ADAMS AND REESE LLP        **DOB:** 091261
**Patient Name:** GUTHRIE DONALD        **SSN:** *****8109

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 18.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 12 | 0.85 | 10.20 |
| Per Page Copy (Paper) 2 | 5 | 0.00 | 0.00 |
| Shipping | | | 1.72 |
| Subtotal | | | 29.92 |
| Sales Tax | | | 2.77 |
| Invoice Total | | | 32.69 |
| Balance Due | | | 32.69 |

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days        **Please remit this amount : $ 32.69 (USD)**

✂

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0122242002

Check # _____

Payment Amount $_____

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

01954-2- 46

# DR. DAVID RANKINE

Erlanger Professionals Plaza
979 E. Third Street
Suite 1210
Chattanooga, Tennessee 37402

Telephone 423-778-4261              Fax 423-778-4262

To Whom It May Concern:

We have received a request for medical records for the following patient:
_Donald Guthrie_  DOB  _9/12/61_
There is a $_20⁰⁰_ charge for these services.

Dr. David Rankine          Tax ID: 621601801

Sent by _R. Haley_
Date _2/6/13_

If you have any questions or have received these records in error, please destroy
any and all copies and contact our office immediately at 423-778-4261.

01404a-00040

# HealthPort

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

## HealthPort
### INVOICE

Invoice #: 0122539737
Date: 2/12/2013
Customer #: 1607408

Ship to:

F LAURENS BROCK
ADAMS AND REESE LLP
820 BROAD STREET STE 201
CHATTANOOGA, TN 37402

Bill to:

F LAURENS BROCK
ADAMS AND REESE LLP
820 BROAD STREET STE 201
CHATTANOOGA, TN 37402

Records from:

MEMORIAL HEALTH CARE SYSTEM
2525 DE SALES AVENUE
CHATTANOOGA, TN 37404-1102

**Requested By:** ADAMS AND REESE LLP
**Patient Name:** GUTHRIE DONALD

SSN: *****8109
DOB: 091261

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 18.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 43 | 0.85 | 36.55 |
| Per Page Copy (Paper) 2 | 5 | 0.00 | 0.00 |
| Shipping | | | 2.72 |
| Subtotal | | | 57.27 |
| Sales Tax | | | 5.30 |
| Invoice Total | | | 62.57 |
| Balance Due | | | 62.57 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days         Please remit this amount : $ 62.57 (USD)

------------------------------------------ ✂ ------------------------------------------

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0122539737

Check # _____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

014542 - 000040



## INVOICE

**Invoice #:** 0124945297
**Date:** 3/29/2013
**Customer #:** 1607408

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MELANIE GOINS<br>ADAMS AND REESE LLP<br>820 BROAD STREET STE 201<br>CHATTANOOGA, TN 37402 | MELANIE GOINS<br>ADAMS AND REESE LLP<br>820 BROAD STREET STE 201<br>CHATTANOOGA, TN 37402 | ERLANGER HEALTH SYSTEM<br>975 EAST THIRD STREET<br>CHATTANOOGA, TN 37403 |

**Requested By:** ADAMS AND REESE LLP
**Patient Name:** GUTHRIE DONALD

**SSN:** *****8109
**DOB:** 091261

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 18.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 21 | 0.60 | 12.60 |
| Per Page Copy (Paper) 2 | 45 | 0.85 | 38.25 |
| Per Page Copy (Paper) 3 | 5 | 0.00 | 0.00 |
| Shipping | | | 3.32 |
| Subtotal | | | 72.17 |
| Sales Tax | | | 6.68 |
| Invoice Total | | | 78.85 |
| Balance Due | | | 78.85 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

**Please remit this amount : $ 78.85 (USD)**

--- ✂ -------------------------------------------------------

**Invoice #:** 0124945297

Check # _____
Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000



## HealthPort
### INVOICE

Invoice #: 0122200693
Date: 2/6/2013
Customer #: 1607408

019542 - 46

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MELANIE GOINS<br>ADAMS AND REESE LLP<br>820 BROAD STREET STE 201<br>CHATTANOOGA, TN 37402 | MELANIE GOINS<br>ADAMS AND REESE LLP<br>820 BROAD STREET STE 201<br>CHATTANOOGA, TN 37402 | ERLANGER HEALTH PATIENT FINANC<br>975 EAST THIRD STREET<br>CHATTANOOGA, TN 37403 |

Requested By: ADAMS AND REESE LLP
Patient Name: GUTHRIE DONALD

SSN: *****8109
DOB: 091261

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 12.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 7 | 0.00 | 0.00 |
| Shipping | | | 1.32 |
| Subtotal | | | 13.32 |
| Sales Tax | | | 1.23 |
| Invoice Total | | | 14.55 |
| Balance Due | | | 14.55 |
| | | | |
| **Pay your invoice online at www.HealthPortPay.com** | | | |

Terms: Net 30 days          **Please remit this amount : $ 14.55 (USD)**

✂ ┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #:  0122200693

Check # _____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

# SOCIAL SECURITY INVOICE

4/9/2014

Social Security Administration
301 POINT NORTH PL
DALTON, GA 30720

Adams & Reese,LLP
424 Church St
Suite 2700
Nashville, TN 37219

Subject:  Invoice for Services
          Guthrie ,Donald - 8109

## Please Pay This Amount:  $130.00

The Social Security Administration (SSA) charges a fee for providing information from our records to a third party when the request for information is not directly related to the administration of any program under the Social Security Act.  SSA must be compensated for the work it does for others so that the Social Security Trust Funds do not bear the costs of such activities.  SSA requires payment before providing the requested record.

The fee for processing your request is shown above.  Please make your check or money order payable to "Social Security Administration."  Mail it, along with the tear-off form below, to the SSA office shown above.  For your records, SSA's Employer Identification Number (EIN) is 526004813.  Thank you.

**TEAR HERE AND MAIL THIS FORM WITH YOUR PAYMENT**

--------------------------------------------------------------------------------------------------------------

Unit Code:  __JLH___

To help us credit your record, please fill out this form and return it with your payment to the address shown above.  Make your check or money order payable to **"Social Security Administration."**

REQUESTER NAME: Adams & Reese,LLP
NAME: Guthrie ,Donald
ACCOUNT NUMBER: 8109
AMOUNT DUE:  $ **130.00**

**ENTER AMOUNT ENCLOSED:  $**

# WALGREEN COMPANY
## CORPORATE AND REGULATORY LAW
### INVOICE FOR RECORD REQUEST SERVICES

**Billed to:**

ADAMS & REESE
ATTN: MELANIE GOINS
820 BROAD ST SUITE 201
CHATTANOOGA      TN   37402-

**Make Checks Payable to:**

Walgreen Company
16797 Collections Center Dri
Chicago, Illinois 60693

**Invoice Number:**   1516249

**Patient Name:**  DONALD GUTHRIE

**Amount Due:**   $55.00

**PatientDOB:**  09/12/1961

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INVOICE

**Re:**  DONALD GUTHRIE

Dear Sir/Madam

In accordance with your request, pharmacy records for the above referenced patient were forwarded after a complete search was conducted, pursuant to the statutory retention period for pharmacy records.  An invoice for our services is attached.

Please remit payment, together with this invoice.  If state statute designates a different reimbursement, please enclose a copy of the statute along with a check for that amount.

Sincerely,


Jodi Drews
Records Custodian

(217) 554-8590 (Phone)
FEIN 36-192-4025 (Tax ID)



**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

## INVOICE

Invoice #: **0135343344**
Date: **10/5/2013**
Customer #: 1607408

| Ship to: | Bill to: | Records from: |
|---|---|---|
| JENNIFER JUNG<br>ADAMS AND REESE LLP<br>820 BROAD STREET STE 201<br>CHATTANOOGA, TN 37402 | JENNIFER JUNG<br>ADAMS AND REESE LLP<br>820 BROAD STREET STE 201<br>CHATTANOOGA, TN 37402 | ASSOCIATES IN ORTHOPAEDICS<br>1104 PROFESSIONAL BLVD<br>DALTON, GA 30720 |

**Requested By:** ADAMS AND REESE LLP   **DOB:** 091261
**Patient Name:** GUTHRIE DONALD S   **SSN:** *****8109

*019542-46*

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.88 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 9 | 0.97 | 8.73 |
| Shipping | | | 1.52 |
| Subtotal | | | 36.13 |
| Sales Tax | | | 3.34 |
| Certification Fee | | | 9.70 |
| Invoice Total | | | 49.17 |
| Balance Due | | | 49.17 |

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days

**Please remit this amount : $ 49.17 (USD)**

---
✂
---

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: **0135343344**

Check # _____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.



# ORTHOSOUTH, P.C.

*A MERGER OF:*
Orthopaedic Institute of Chattanooga • Southern Orthopaedic Foot & Ankle • WellSpring Sports

excellence integrity compassion

**RICHARD ALVAREZ, MD**
* PROFESSOR & CHAIR
  DEPARTMENT OF ORTHOPEDIC SURGERY
  UT COLLEGE OF MEDICINE
* ORTHOPEDIC SURGERY
* FOOT & ANKLE
* BOARD CERTIFIED

**CHANNAPPA CHANDRA, MD**
* ASSOCIATE PROFESSOR & VICE-CHAIR
  DEPARTMENT OF ORTHOPEDIC SURGERY
  UT COLLEGE OF MEDICINE
* ORTHOPEDIC SURGERY
* JOINT REPLACEMENT
* FRACTURE SURGERY
* BOARD CERTIFIED

**JAN DORIZAS, MD**
* CLINICAL INSTRUCTOR
  DEPARTMENT OF ORTHOPEDIC SURGERY
  UT COLLEGE OF MEDICINE
* ORTHOPEDIC SURGERY
* KNEE & SHOULDER
* SPORTS MEDICINE
* ARTHROSCOPIC SURGERY
* BOARD CERTIFIED

**MARK G. FREEMAN, MD**
* ASSISTANT PROFESSOR
  DEPARTMENT OF ORTHOPEDIC SURGERY
  UT COLLEGE OF MEDICINE
* ORTHOPEDIC SURGERY
* HIP, KNEE, & SHOULDER
* JOINT REPLACEMENT
* FRACTURE SURGERY
* BOARD CERTIFIED

Date: 10/30/13

To: Adams And Reese LLP

Fx: 468-4466

Re: Donald S. Buthrie  019542-46

Acct #: _____

To Whom It May Concern:

Our office policy dictates the fees for medical records and reports must be paid in advance. The fee for the medical records request is
$_____ $26.50 _____.

The fee for workers compensation case is ten ($10.00) dollars for the first twenty pages, then a twenty-five ($0.25) cent charge for any additional pages after the twentieth page. For commercial insurance and others, the fee is twenty ($20.00) dollars for the first five pages of medical records, then fifty ($0.50) cents per each page after the fifth.

Upon receipt of your payment, we will be happy to forward the requested patient records.

Your cooperation is appreciated.

Sincerely,

Jennifer

Medical Records
Ortho South
TIN: 75-3003576

 **HUMANA.**

# Invoice

**Invoice No:** 663045282508-1
**Invoice Date:** 2014-05-27

Humana Inc
P.O. Box 78815
Milwaukee, Wi 53278-0815

**Make all checks/money orders payable to Humana**
**(Please forward remit payment to the attention of Misty Shelton – Critical Inquiry Department)**

**To:**

Adams and Reese, LLP
424 Church St., Ste. 2700
Nashville, TN - 37219

| Analyst | Payment Terms of Invoice | Case Name |
|---|---|---|
| Misty Shelton | 30 Days | Donald Guthrie |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 36 | Member Information | 0.30 | $10.80 |
| | | **Total Due** | **$10.80** |

**Please send remittance copy and personal check or money order to the above address**
**If you have any questions concerning this invoice call Misty Shelton @ 0000000000**

**THANK YOU FOR YOUR BUSINESS!**

**Federal ID# : 611013183**

**CUSTOMER COPY**



HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Invoice #:** 0156905398
**Date:** 10/23/2014
**Customer #:** 1684356

| Ship to: |
| --- |
| ADAMS AND REESE LLP |
| ADAMS AND REESE LLP |
| 424 CHURCH ST |
| STE 2700 |
| NASHVILLE, TN 37219-2380 |

| Bill to: |
| --- |
| ADAMS AND REESE LLP |
| ADAMS AND REESE LLP |
| 424 CHURCH ST |
| STE 2700 |
| NASHVILLE, TN 37219-2380 |

| Records from: |
| --- |
| ERLANGER HEALTH SYSTEM |
| 975 EAST THIRD STREET |
| CHATTANOOGA, TN 37403- |

**Requested By:** ADAMS AND REESE LLP
**Patient Name:** GUTHRIE DONALD

**DOB:** 091261

*RECEIVED OCT 27 2014*

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee | | | 18.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 1 | 0.00 | 0.00 |
| Shipping | | | 2.03 |
| Subtotal | | | 20.03 |
| Sales Tax | | | 1.85 |
| Invoice Total | | | 21.88 |
| Balance Due | | | 21.88 |

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days    **Please remit this amount : $ 21.88 (USD)**

- - - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - -

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: 0156905398 |
| --- |
| |
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

019542- 000040

# HealthPort.
## INVOICE

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Invoice #:** 0125154291
**Date:** 4/2/2013
**Customer #:** 1607408

| Ship to: |
|---|
| MELANIE GOINS |
| ADAMS AND REESE LLP |
| 820 BROAD STREET STE 201 |
| CHATTANOOGA, TN 37402 |

| Bill to: |
|---|
| MELANIE GOINS |
| ADAMS AND REESE LLP |
| 820 BROAD STREET STE 201 |
| CHATTANOOGA, TN 37402 |

| Records from: |
|---|
| HAMILTON MEDICAL CENTER |
| 1200 MEMORIAL DRIVE |
| DALTON, GA 30721 |

**Requested By:** ADAMS AND REESE LLP
**Patient Name:** GUTHRIE DONALD

**DOB:** 091261
**SSN:** *****8109

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.88 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 718 | 0.66 | 473.88 |
| Per Page Copy (Paper) 2 | 80 | 0.83 | 66.40 |
| Per Page Copy (Paper) 3 | 20 | 0.97 | 19.40 |
| Shipping | | | 11.73 |
| Subtotal | | | 597.29 |
| Sales Tax | | | 55.25 |
| Invoice Total | | | 652.54 |
| Balance Due | | | 652.54 |

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days

**Please remit this amount : $ 652.54 (USD)**

---- ✂ ----

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: 0125154291 |
|---|
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.



*Owens Forensic Consulting, PLLC*
*Thomas D. Owens, M.D.*

## INVOICE
for Deposition

Name of decedent: Donald Guthrie
Case/autopsy number: 1:11-CV-00333
Dates of service: 5/14/14
Date of invoice: 5/19/14

Pursuant to our prior communications, I hereby submit this invoice for my time involved in this case as per your request/subpoena. As previously indicated, my rate is $450/hour rounded to the next quarter hour.

| Activity | Hours | Amount due |
|---|---|---|
| Deposition in the case of Donald Guthrie (with attorney Donna Boyce ) | 6 | $2700.00 |

Note: IRS form W-9 should accompany this invoice.

Please remit payment upon receipt of this invoice payable to:

Owens Forensic Consulting, PLLC
9231 Sanger Court
Harrisburg, NC 28075

Thank you,

Thomas D. Owens, M.D.
Forensic Pathologist
owens4n6@gmail.com
980-253-5336 (cell)

# INVOICE

2-Jul-14

TO:
Law Offices of Heygood, Orr, and Pearson

2331 West Northwest Highway, 2nd Floor
Dallas, Texas, 75220

FROM:
Christopher T. Grubb, MD, PA
TAX ID: 27-0694585
315 KENILWORTH ROAD
GREENVILLE, NC 27858

RE: Guthrie v. Gregory Ball, M.D.

Fees associated with the deposition of Christopher Grubb, M.D.:

|  | Date | Time | Fees |
|---|---|---|---|
| Appear for deposition | 6/9/2014 | 6 hours | $3,000 |
|  |  | **Total:** | **$3,000** |

Thomas Hart, M.D.
Interventional Pain and Spine Specialist

Charges for expert consultation case review and live trial testimony of Guthrie v. Ball
Charges through August 17, 2014 have been paid

| | | |
|---|---|---|
| Meeting with Donna Boyce and Lee Maddox | 1.5 hours | |
| Meeting with Lee Maddox | 1.0 hours | |
| **Total 2.5 hours @ $600.00/hr** | | **$1500.00** |
| Review, correction and notarization of deposition | 4.0 hours | |
| Final review of deposition before trial | 3.0 hours | |
| **Total 7.0 hours @ $400.00/hr** | | **$2800.00** |

Final review of depositions of other parties:          8.0 hours
Karen Guthrie
Dr. Ball
Dr. Grubbs
Dr. Owens
Dr. Johnson

**Total 8.0 hours @ $400.00/hr**                                    **$3200.00**

Final review of office notes, hospital rounds of          6.0 hours
Dr. Ball, Dr. Dorizos/Dr. Ballard, surgery procedures,
Fentanyl inserts

**Total 6.0 hours @ $400.00/hr**                                    **$2400.00**

Court Appearance Fees

| | | |
|---|---|---|
| Total Travel time roundtrip: 6 hours @ $150.00/hr | | $900.00 |
| No travel expenses for reimbursement | | |
| Thursday Trial Date: | | $6500.00 |
| Friday Trial Date: | | $3000.00 |
| Less than 14 day notice of trial change date | | $1000.00 |
| **Total for Trial:** | | **$11400.00** |
| **Grand Total Final Bill:** | | **$21300.00** |

Thomas M. Hart, M.D.

**Forensic Medical**
850 R.S. Gass Boulevard
Nashville, TN 37216-2640

Phone No.    615-743-1800

# INVOICE

Invoice Number:  10677

Invoice Date:  11/06/14

Page:  1

Bill
To:   Attn: Ms. Donna Boyce
Adams & Reese, LLP
Crescent Center
6075 Poplar Ave. Ste. 700
Memphis, TN  38119

Customer ID    ADAMS
Service Date    11/12/14
Due Date         11/06/14
Terms

| Item/Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|
| 2nd Deposition | Hours | 1 | 500.00 | 500.00 |
| Consultation- Requested review of depositions and case file | Hours | 6 | 500.00 | 3,000.00 |
| Phone Calls | Hours | 2.5 | 500.00 | 1,250.00 |
| Testimony Log Prep | Hours | 2 | 500.00 | 1,000.00 |
| Testimony 10/31/2014 | Hours | 3 | 500.00 | 1,500.00 |
| Guthrie v. Ball etal | | | | |
| By Dr. Thomas Deering | | | | |
| Through 10/31/2014 | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | Subtotal: | 7,250.00 |
|---|---|---|---|---|
| 0.00 | 7,250.00 | | Invoice Discount: | 0.00 |
| | | | Tax: | 0.00 |
| | | | Total: | 7,250.00 |

ADAMS AND REESE LLP
ALABAMA · FLORIDA · LOUISIANA · MISSISSIPPI
TENNESSEE · TEXAS · WASHINGTON, D.C.

4500 One Shell Square, New Orleans, LA 70139
Phone (504) 581.3234

CHECK NO. 178426
84-362/654

REGION'S COST ACCOUNT

CHECK DATE
05/12/14

Regions Cost Account
REGIONS BANK
New Orleans, LA

PAY: EIGHTY-THREE AND 68/100 DOLLARS

TO THE
ORDER OF:   Dustin Edwards
2242 Bowers Rd NE
Dalton, GA 30721

Not to Exceed $5,000.00

CHECK AMOUNT
$********83.68

VOID AFTER 180 DAYS

⑈178426⑈ ⑆065403626⑆ 4⑊ 0516 3943⑈

ADAMS AND REESE LLP
VENDOR          CHECK NO: 178426          Regions Cost Account

DUSEDWAR
Dustin Edwards

| VCHR | INV. DATE | INV. NO. | DESCRIPTION | G/L NO. | AMOUNT |
|------|-----------|----------|-------------|---------|--------|
| 691163 | 05/09/14 | 05/09/14 | Dustin Edwards | 150990000000904 | 05/12/14 |
| | | | | | 83.68 |
| | | | | | 83.68 |



**P O I N T**
MULTIMEDIA

501 ELM ST.
SUITE 350
DALLAS, TEXAS 75202
214.247.2000
admin@pointmultimedia.com

# Invoice

| Date | Invoice No. |
|------|-------------|
| 11/10/2014 | 817-111014 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 11/10/2014 |

**Bill To**

Mr. Charles Miller
Heygood, Orr & Pearson
2331 West Northwest Highway
2nd Floor
Dallas, TX 75220

| Amount Due | Enclosed |
|------------|----------|
| $8,605.88 | |

Please detach top portion and return with your payment.

| Hours/Qty. | Description | Rate | Amount |
|------------|-------------|------|--------|
| | • Guthrie v. Ball<br>Deposition Editing<br>OCTOBER 2014<br>------------------------------------------------------------------------- | | |
| 6 | • Hours 10/21/14 9:30 a.m.-3:30 p.m. Mr. Greg Glass prepared deposition files for editing; created edit load files for Johnson 1, Johnson 2, Metcalfe 1, and Metcalfe 2; edited Metcalfe 1 and Metcalfe 2; created clip reports and forwarded to Ms. Jenelle Wilson. | 200.00 | 1,200.00T |
| 5 | • Hours 10/24/14 1:00 p.m.-6:00 p.m. Mr. Greg Glass edited depositions. | 200.00 | 1,000.00T |
| 3 | • Hours 10/24/14 1:30 p.m.-4:30 p.m. Mr. Dustin Wright reviewed edited Metcalfe deposition to note pauses and ensure accuracy. | 200.00 | 600.00T |
| 11 | • Hours 10/25/14 9:00 a.m.-1:30 p.m.; 3:00 p.m.-6:00 p.m.; 6:45 p.m.-10:15 p.m Mr. Greg Glass created new MPEG-1 files for Metcalfe 2 to prevent playback errors; edited Johnson and Metcalfe depositions; edited Johnson; created Johnson 2 MPEG reference file and clip report; uploaded to Ms. Jenelle Wilson. | 200.00 | 2,200.00T |
| 4.5 | • Hours 10/25/14 1:00 p.m.-5:30 p.m. Mr. Dustin Wright reviewed edited depositions of Johnson 2, Metcalfe 2, and Johnson 1 to note pauses and ensure accuracy. | 200.00 | 900.00T |
| 7 | • Hours 10/26/14 9:00 a.m.-1:00 p.m.; 8:15 p.m.-11:15 p.m. Mr. Greg Glass revised Johnson 1; created MPEG reference file and clip report; uploaded to Ms. Jenelle Wilson. | 200.00 | 1,400.00T |
| 3.25 | • Hours 10/29/14 1:30 p.m.-4:45 p.m. Mr. Greg Glass edited Metcalfe 1 and Metcalfe 2; created master DVD Videos for Johnson 1, Johnson 2, Metcalfe 1, and Metcalfe 2; made two copies of each; labeled DVDs and arranged for FedEx delivery to trial site. | 200.00 | 650.00T |

Thank you for your business.
Our Federal Tax ID number is 32-0018623.

| | |
|---|---|
| SubTotal | $7,950.00 |
| Tax (8.25%) | $655.88 |
| Total | $8,605.88 |

1/2 =

$4,302.94